UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SCHEIBE, individually and on behalf of all those similarly situated,<br><br>                                         Plaintiff,<br><br>v.<br><br>FIT FOODS DISTRIBUTION, INC. dba Mutant, a Canadian corporation,<br><br>                                         Defendant. | Case No.: 23-CV-220 JLS (AHG)<br><br>**ORDER APPROVING STIPULATED VOLUNTARY DISMISSAL**<br><br>(ECF No. 18) |

Presently before the Court is a Stipulated Voluntary Dismissal ("Stip.," ECF No. 18) filed by Plaintiff Jacob Scheibe. Plaintiff indicates that he and Defendant Fit Foods Distribution Inc. stipulate to dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims. Stip. at 1.

As no class has yet been certified in this litigation, *see generally* Docket, the Parties may stipulate to voluntary dismissal of this action without court review of any associated settlement, *Dougan v. Centerplate, Inc.*, No. 22-CV-1496 JLS (SBC), 2023 WL 8604152, at *4 (S.D. Cal. Dec. 12, 2023). Accordingly, the Court **APPROVES** the Parties' Stipulation. The Court **DISMISSES WITH PREJUDICE** Plaintiff's claims and **DISMISSES WITHOUT PREJUDICE** the putative class's claims against Defendant.

/ / /

As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

    **IT IS SO ORDERED.**

Dated: February 27, 2024

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge